# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | |
|---|---|
| **GRACE OSSAI**<br>9604 Woodview Drive<br>Bowie, MD 20721<br><br>　　　　　　　　　　**Plaintiff,**<br>　　vs.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**<br>600 Fifth Street, N.W.<br>Washington, D.C. 20001<br><br>and<br><br>**TANESHA PEARSON**<br>600 Fifth Street, N.W.<br>Washington, D.C. 20001<br><br>　　　　　　　　　　**Defendants.** | **Civil Action No. _____** |

### DEFENDANTS WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S AND TANISHA PEARSON'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. §§ 1441(a) and 1446, Defendants Washington Metropolitan Area Transit Authority ("WMATA") and Tanesha Pearson ("Pearson") hereby remove this action from the Circuit Court for Prince George's County, Maryland, to the United States District Court for the District of Maryland. In support of this Notice of Removal, Defendants aver as follows:

**Procedural History and Plaintiff's Allegations**

1. On April 19, 2019, the Plaintiff, Grace Ossai, filed a Complaint against WMATA and Pearson in the Circuit Court for Prince George's County, Maryland, initiating this action.

2. The State court issued a Writ of Summons to the Defendants on April 30, 2019.

3. On June 12, 2019, the Writ of Summons and Complaint were personally served on WMATA's authorized agent for service of process.

4. The Plaintiff's Complaint alleges that, on April 23, 2018, Plaintiff approached a Metrobus at the Prince George's Plaza. (*See* Compl. ¶ 9.) It further alleges that, when Plaintiff was beside the bus, it started driving away, and the rear wheel of the bus ran over Plaintiff's foot. (*Id.* ¶ 10.) The Complaint seeks to recover damages for personal injuries. (*See generally* Compl.)

5. Based on these allegations, the Complaint purports to allege a State law claim for negligence. (*Id.*)

**Grounds for Removal**

6. Pursuant to 28 U.S.C. § 1441(a), this is a civil action brought in a State court of which the district courts of the United States have original jurisdiction.

7. This Court has original jurisdiction of this action under 28 U.S.C. § 1331. The WMATA Compact, Public Law 89-774, Paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at Md. Code Ann., Transp. § 10-204(81), specifically grants federal question jurisdiction over suits against WMATA to this Court:

> The United States District Courts shall have original jurisdiction, concurrent with the courts of Maryland, Virginia and the District of Columbia, of all actions brought by or against the Authority and to enforce subpoenas issued under this title. Any such action initiated in a State or District of Columbia court shall

    be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. 1446).

Md. Code Ann., Transp. § 10-204(81) (West).

### The Procedural Requirements for Removal Have Been Satisfied

8. This case has been removed by Defendants to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. §§ 1441(a) and 1446(a).

9. This Notice of Removal is filed within 30 days after the receipt by WMATA, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which this action is based. 28 U.S.C. § 1446(b)(1). WMATA was served with the Summons and Complaint on June 12, 2019.

10. True and correct copies of all process, pleadings, and orders served on WMATA in the pending State court action are attached hereto as Exhibit A.

11. Contemporaneously with the filing of this Notice of Removal, Defendants are serving written notice of this Notice of Removal on counsel for Plaintiff and filing the same with the Clerk of the Circuit Court for Prince George's County, Maryland, in accordance with 28 U.S.C. § 1446(d).

### Non-Waiver of Defenses

12. By removing this action from the Superior Court of the District of Columbia, Defendants do not waive any defenses available to them.

13. By removing this action from the Superior Court of the District of Columbia, Defendants do not admit any of the allegations in Plaintiff's Complaint.

WHEREFORE, WMATA and Pearson remove the above-captioned action from the Circuit Court for Prince George's County, Maryland, to the United States District Court for the District of Maryland.

DATE: July 12, 2019

                                            Respectfully submitted,

                                            WASHINGTON METROPOLITAN AREA
                                            TRANSIT AUTHORITY
                                            and
                                            TANESHA PEARSON
                                            By counsel

                                        By:   /s/ Brendan H. Chandonnet
                                                  Brendan H. Chandonnet # 18087
                                                  202.962.2805
                                                  bchandonnet@wmata.com

                                                  /s/ J. Douglas Cuthbertson
                                                  J. Douglas Cuthbertson # 20266
                                                  202.962.2537
                                                  JDCuthbertson@wmata.com

                                                  Office of the General Counsel
                                                  600 Fifth Street, N.W.
                                                  Washington, D.C. 20001
                                                  202.962.2550 (fax)

## **CERTIFICATE OF SERVICE**

I certify that on July 12, 2019, a true and accurate copy of the foregoing was served on the undersigned counsel of record via the Court's ECF system:

                        Mark O. Sobo
                        Law Offices of Robert Cappell
                        3405 Epic Gate
                        Bowie, MD 20716

<u>/s/ J. Douglas Cuthbertson</u>
J. Douglas Cuthbertson # 20266
