# EXHIBIT A



Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

6·12·19  3:06 p.m
Proc. Server (LT)

Case No.:  CAL19-13724
Other Reference No.(s): ...........................
Child Support Enforcement Number: ...........................

Date issued: April 30, 2019

To: Washington Metropolitan Area Transit Authority
3575 East West Highway
Hyattsville, MD 00000

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by;

GRACE OSSAI
9604 WOODVIEW DRIVE
BOWIE MD 20721

This summons is effective for service only if served within 60 days after the date it is issued.

_____
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

# SHERIFF'S RETURN

Circuit Court for Prince George's County

To: _____

Sheriff fee: _____ By: _____

Served: _____ Time: _____

_____ Date: _____

Unserved (Reason): _____

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

GRACE OSSAI  
9604 Woodview Drive  
Bowie, MD 20721  

Plaintiff  

v.  

Case No: CAL19-13724

WASHINGTON METROPOLITAN AREA  
TRANSIT AUTHORITY  

And  

TANISHA PEARSON  

Served on: General Counsel  
600 5th Street, NW  
Washington, DC 20001  

Defendants  

\* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT FOR NEGLIGENCE

COMES NOW, Plaintiff, Grace Ossai, by and through counsels, Law Offices of Robert Cappell and Mark Sobo, Esq., sues Defendants Washington Metropolitan Area Transit Authority and Tanisha Pearson for negligence causing injuries and damages, and in support states as follows:

### PARTIES

1. At all times relevant, Plaintiff was, and still, is a resident of Prince George's County, Maryland.

2. At all times relevant, Defendant, Washington Metropolitan Area Transit Authority (hereinafter, "WMATA") was the owner of Metro bus system operated by its employees, who were acting within the course and scope of their employment.

3. Defendant WMATA was created when Congress of the United States approved the Washington Metropolitan Area Transit Authority Compact "WMATA Compact"), Md. Code Ann. Transp. Art. § 10-204 that was signed by the District of Columbia, Maryland, and Virginia.

4. By the terms of the Compact creating it, WMATA is liable for its negligence acts and/or omissions and those of its Directors, officers, employees, and agents committed in the conduct of any proprietary functions, Md. Code Ann. Transp. Art. § 10-204(80).

5. At all relevant times, Defendant Tanisha Pearson, was a bus driver in the employment of WMATA.

## JURISDICTION AND VENUE

6. Jurisdiction is vested in this Court pursuant to WMATA Compact, Md. Code Ann. Transp. Art. § 10-204(81).

7. Venue is proper in this Court as the negligent acts and/or omissions, committed by the Defendants occurred in Prince George's County, Maryland.

## FACTS

8. Plaintiff is a 65-year old widow who had taken the same Metro bus at the Prince George's Metro Bus Terminal located at 3575 East West Highway, Hyattsville, Maryland, for about 20 years prior to the accident, as her only means of transportation to her job.

9. On April 23, 2018, Plaintiff wanted to take the Metro bus as she had previously done over the years. Defendant Pearson was the Metro bus operator. The Metro bus was stationery as Plaintiff approached it from the right side walking on the curb towards the front passenger entrance of the Metro bus.

10. Plaintiff was beside the Metro bus when, suddenly, Defendant Pearson turned on the engine and started driving the Metro bus bending towards a curved exit from the station. The sudden noise of the Metro bus engine startled the Plaintiff and as she moved to avoid being sideswiped by the Metro bus as it curved toward the station exit, the rear wheel of the Metro bus ran over Plaintiff's left foot crushing her toes violently.

11. Plaintiff passed out from the impact of the accident, and she was transported by ambulance to Prince George's County Hospital, Hyattsville.

12. Defendant Pearson should have seen Plaintiff from the rear-view mirror. Defendant Pearson either negligently failed to check the rear-view mirror as required therefore unable to see Plaintiff as she approached the Metro bus, or noticed the Plaintiff and negligently failed to stop the Metro bus anyway.

13. Defendant owed Plaintiff a duty of care as a commuter, and a passenger trying to enter the Metro bus from the right side was normal and foreseeable that an ordinary exercise of minimal care of checking the rear-view mirror as required, would have avoided the accident and injury to Plaintiff. Defendant breached that duty of care.

14. Plaintiff suffered severe physical injuries, pain, hassle, inconvenience, mental anguish, and emotional distress as direct and proximate results of Defendant's breach. Plaintiff suffered broken toes that required surgery, hospitalization, rehabilitation, nursing services, medication, and continuous medical care. Plaintiff lost wages, as she could not continue to be employed since the accident. In addition, Plaintiff was evicted from her apartment of 20 years because of her inability to pay rent due to lost wages suffered from the accident.

15. As further direct, foreseeable, and proximate result of Defendants' breach, Plaintiff incurred and may continue to incur medical expenses for the care and treatment of her injuries.

16. The accident and injuries were caused by Defendants carelessness and negligence without any negligence or lack of due care by the Plaintiff or the opportunity to avoid the accident.

## JURY TRIAL

17. Plaintiff demands trial by jury.

## RELIEF

**WHEREFORE**, the entire foregoing considered, Plaintiff Grace Ossai, demands judgment against Defendants WMATA and Tanesha Pearson jointly and/or severally in the amount of Three Million Dollars ($3,000,000) or other amounts as determined by the trial of facts, plus costs, fees, and prejudgment interests, along with any other appropriate relief that this Honorable Court may determined is warranted.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing Complaint are true and correct to the best of my knowledge, information, and belief.

_GRACE OSSAI_
Grace Ossai

Respectfully submitted,
LAW OFFICES OF ROBERT CAPPELL

_____
Mark O. Sobo, Esq.
3405 Epic Gate
Mitchellville, MD 20716
240-751-5651
mark.sobo@muslawyers.com

*Attorney for Plaintiff*

IN THE CIRCUIT COURT FOR Prince George's County (City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant:* You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

FORM FILED BY: ☒ PLAINTIFF ☐ DEFENDANT   CASE NUMBER: CAL 19-13724 (Clerk to insert)

CASE NAME: GRACE OSSAI (Plaintiff) vs. WASHINGTON METRO, ET AL (Defendant)

PARTY'S NAME: GRACE OSSAI   PHONE: 240-330-3502
PARTY'S ADDRESS: 9604 Woodview Drive, Bowie, MD 20721
PARTY'S E-MAIL: hlee@theworldsconcept.com

If represented by an attorney:
PARTY'S ATTORNEY'S NAME: Mark O. Sobo   PHONE: 240-751-7561
PARTY'S ATTORNEY'S ADDRESS: 3405 Epic Gate, Bowie, MD 20716
PARTY'S ATTORNEY'S E-MAIL: mark.sobo@muslawyers.com

JURY DEMAND? ☒ Yes ☐ No
RELATED CASE PENDING? ☐ Yes ☒ No   If yes, Case #(s), if known: _____
ANTICIPATED LENGTH OF TRIAL?: ___ hours  1 days

### PLEADING TYPE

New Case: ☒ Original   ☐ Administrative Appeal   ☐ Appeal
Existing Case: ☐ Post-Judgment   ☐ Amendment

*If filing in an existing case*, skip Case Category/Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt: ____
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☒ Motor Tort
- ☒ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)   Page 1 of 3

### IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☒ Court Costs/Fees
- ☒ Damages-Compensatory
- ☐ Damages-Punitive
- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory
- ☐ Judgment-Default
- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☒ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated Liability above*, mark one of the following. This information is **not** an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☐ Liability is not conceded, but is not seriously in dispute.   ☒ Liability is seriously in dispute.

### MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000   ☐ $10,000 - $30,000   ☐ $30,000 - $100,000   ☒ Over $100,000

☒ Medical Bills $ 40,000+   ☒ Wage Loss $ 30,000+   ☐ Property Damages $_____

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation   ☒ Yes  ☐ No         C. Settlement Conference   ☒ Yes  ☐ No
B. Arbitration ☐ Yes  ☐ No         D. Neutral Evaluation      ☐ Yes  ☐ No

### SPECIAL REQUIREMENTS

☒ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

### ESTIMATED LENGTH OF TRIAL

With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.   *(Case will be tracked accordingly)*

- ☐ 1/2 day of trial or less
- ☐ 1 day of trial time
- ☐ 2 days of trial time
- ☐ 3 days of trial time
- ☒ More than 3 days of trial time

### BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions*, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.

☐ **Expedited**- Trial within 7 months of Defendant's response     ☐ **Standard** - Trial within 18 months of Defendant's response

### EMERGENCY RELIEF REQUESTED

CC-DCM-002 (Rev. 04/2017)                Page 2 of 3

| COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR) |
|---|

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response     ☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

## CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff _____ . |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

## CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

April 18, 2019
Date

3405 Epic Gate
Address

Bowie / md / 20716
City / State / Zip Code

Signature of Counsel / Party

Mark Sobo
Printed Name

CC-DCM-002 (Rev. 04/2017)     Page 3 of 3

☒ **CIRCUIT COURT** ☐ **DISTRICT COURT OF MARYLAND FOR** Prince George's County
City/County

Located at Upper Marlboro                Case No. CAL19-15724
Court Address

**STATE OF MARYLAND**
or

Grace Ossai                                vs.    Washington Metro, et al.
Plaintiff/Petitioner                                Defendant/Respondent

**REQUEST FOR SPOKEN LANGUAGE INTERPRETER**

Requests for interpreter should be submitted to the court not less than thirty (30) days before the proceeding for which the interpreter is requested.

Type of court proceeding: ☐ Criminal ☒ Civil ☐ Traffic ☐ Juvenile ☐ Family ☐ Other: _____

If this request is for Juvenile, please check the appropriate box: ☐ Delinquent ☐ Child in Need of Assistance (CINA)

☐ Child in Need of Supervision (CINS) ☐ Termination of Parental Rights (TPR) ☐ Adoption ☐ Other: _____

1. Hearing/trial date: _____ Time: _____ Courtroom: _____

☐ An interpreter is needed for THIS HEARING OR EVENT ONLY.

☒ I am a party (Plaintiff or Defendant) and need an interpreter FOR ALL HEARINGS & EVENTS RELATED TO THIS CASE, unless indicated otherwise.

2. Location of hearing/trial: _____ **3. LANGUAGE:** Igbo

**4. DIALECT:** _____ 5. Country & region where language is spoken (*do not omit*): Nigeria

Name of Person Requesting Interpreter: Grace Ossai

Name of Person Who Needs Interpreter: Grace Ossai

Person Needing Interpreter is the:

☐ Defendant/Respondent          ☐ Attorney
☒ Plaintiff/Petitioner           ☐ Victim
☐ Victim's Representative (includes a family member or guardian of a victim who is a minor, deceased, or disabled)

☐ Witness for: ☐ the Defendant/Respondent ☐ the State ☐ the Plaintiff/Petitioner ☐ Other: _____

**NOTICE:** If a court hearing or proceeding is postponed or continued, you do not need to make a new interpreter request. An interpreter will be provided for the new hearing date.

| April 19, 2019 | /s/ |
|---|---|
| Date | Signature of Applicant/Applicant's Attorney or Representative |
| Mark Sobo, Esq. | 240-751-5651 |
| Printed Name | Telephone Number |
| Law Offices of Robert Cappell, 3405 Epic Gate | 301-249-3009 |
| Address | Fax |
| Bowie, MD 20716 | mark.sobo@muslawyers.com |
| City, State, Zip | E-mail |

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this Motion / request upon the following party or parties by:

☒ mailing first class mail, postage prepaid ☐ hand delivery, on April 19, 2019 to:
Date

| General Counsel, Washington Metro | 600 5th Avenue, NW |
|---|---|
| Name | Address |
| | Washington, DC 20001 |
| Name | Address |
| | /s/ |
| Date | Signature of Party Serving |

CC-DC-041 (Rev. 07/2015)

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | | |
|---|---|---|
| GRACE OSSAI<br>9604 Woodview Drive<br>Bowie, MD 20721<br><br>Plaintiff<br><br>v.<br><br>WASHINGTON METROPOLITAN AREA<br>TRANSIT AUTHORITY<br><br>And<br><br>TANISHA PEARSON<br><br>Served on: General Counsel<br>600 5th Street, NW<br>Washington, DC 20001<br><br>Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Case No: CAL19-13724 |

\* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT

TO: Washington Metropolitan Area Transit Authority, Defendant
BY: GRACE OSSAI, Plaintiff

Plaintiff, by and through her attorneys, Mark O. Sobo and the Law Offices of Robert Cappell, requests that Defendant Washington Metropolitan Area Transit Authority ("WMATA") answer the following Interrogatories fully, under oath and in accordance with the Maryland Rule 2-421, subject to the instructions set forth below:

a. These Interrogatories are continuing in character so as to require you to file supplementary answers if you obtain further or different information before trial.
b. Unless otherwise stated, these Interrogatories refer to the time, place and circumstances of the accident mentioned or complained of in Plaintiff's Complaint.
c. Where name and identity of a person is required, please state full name, home address and business address, if known.
d. Where knowledge or information in possession of a party is requested, such request includes knowledge of the party's agents, representatives and attorneys, unless privileged. When an answer is made by corporate defendant, please state